IN RE CARPENTER: SANBORN, Appellant, vs. CARPENTER, Respondent.

*October 5—November 12, 1909.*

APPEAL from a judgment of the circuit court for Milwaukee county: J. C. LUDWIG, Circuit Judge. *Appeal dismissed.*

This appeal is in the same matter as *In re Carpenter, ante,* p. 572, 123 N. W. 144: presents first an appointment of a special guardian by the county court before hearing on the application for a general guardian. Subsequently, upon finally denying the petition for general guardian in compliance with the mandate of the circuit court, the county court entered order canceling and setting aside its former order appointing a special guardian. From that order the petitioner appealed to the circuit court, where, on May 14, 1909, judgment was entered affirming said order of the county court, from which judgment said petitioner appeals. *Sarah A. Carpenter,* the respondent, moves to dismiss said appeal for the same reason stated in *In re Carpenter, ante,* p. 572, and other reasons.

For the respondent, in support of the motion, there was a brief by *John H. Paul,* attorney, and *Miller, Mack & Fairchild,* of counsel, and oral argument by *Mr. Paul* and *Mr. Geo. P. Miller.*

*J. V. Quarles, Jr.,* of counsel, *contra.*


PER CURIAM. The same reasons which necessitate the dismissal of the appeal in *In re Carpenter, ante,* p. 572, 123 N. W. 144, set forth in the opinion presently filed therein, equally necessitate similar action in this case.

The appeal is dismissed.